**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Brittany M Ayala**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–5602** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Utah** | Date case filed for chapter **7:** | **3/18/26** |
| Case number: | **26–21434 CDP** | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov) or by calling the Voice Case Information System (VCIS) at 1–866–222–8029.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| **1. Debtor's full name** | Brittany M Ayala | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 4439 W 6060 S<br>Kearns, UT 84118 | |
| **4. Debtor's attorney**<br>Name and address | William P. Morrison<br>Morrison Law Office, Inc.<br>PO Box 523<br>Kaysville, UT 84037 | Contact phone 801–519–9772<br>Email: willmorrison01@gmail.com |
| **5. Bankruptcy trustee**<br>Name and address | Philip G. Jones tr<br>1215 South Main Street<br>Orem, UT 84058 | Contact phone (801) 358–7968<br>Email: trustee@theo7.com |

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>District of Utah<br>350 South Main #301<br>Salt Lake City, UT 84101<br><br>Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday<br><br>Contact phone: (801) 524–6687<br><br>Website: www.utb.uscourts.gov |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.<br><br>All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | Meeting to be held on:<br>**April 21, 2026 at 08:30 AM**<br><br>Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 373 348 2031, and Passcode 7158741279, OR call 1–385–363–3817** |
| | For additional meeting information go to https://www.justice.gov/ust/moc | |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 6/22/26 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

District of Utah

In re: Case No. 26-21434-CDP
Brittany M Ayala Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2 User: admin Page 1 of 3
Date Rcvd: Mar 25, 2026 Form ID: 309A Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brittany M Ayala, 4439 W 6060 S, Kearns, UT 84118-5282 |
| 12875271 | | SYNCB/Venmo, PO Box 7137, Philadelphia, PA 19176 |
| 12875261 | + | Salvador Ayala, 4439 West 6060 South, Kearns, UT 84118-5282 |
| 12875276 | + | Venmo, 159 W 25th St, Fl 9, New York, NY 10001-7233 |
| 12875277 | | Wells Fargo Card Serv, Attn: Credit Bureau Dispute Resolution, Des Moines, IA 50306 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: willmorrison01@gmail.com | Mar 26 2026 01:56:00 | William P. Morrison, Morrison Law Office, Inc., PO Box 523, Kaysville, UT 84037 |
| tr | + | EDI: QPGJONES | Mar 26 2026 05:27:00 | Philip G. Jones tr, 1215 South Main Street, Orem, UT 84058-6849 |
| 12875239 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 26 2026 02:00:35 | Affirm Inc, 650 California St, FL 12, San Francisco, CA 94108-2716 |
| 12875240 | + | Email/Text: e-bankruptcy@americafirst.com | Mar 26 2026 01:59:00 | America First Credit Union, PO Box 9199, Ogden, UT 84409-0199 |
| 12875241 | + | Email/PDF: bncnotices@becket-lee.com | Mar 26 2026 02:00:33 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 12875242 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 26 2026 01:57:00 | Apple Card GS Bank USA, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 12875243 | + | EDI: CITICORP | Mar 26 2026 05:27:00 | Best Buy/CBNA, 5800 S Corporate Place, Sioux Falls, SD 57108-5027 |
| 12875244 | + | EDI: CITICORP | Mar 26 2026 05:27:00 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 12875245 | + | EDI: CAPITALONE.COM | Mar 26 2026 05:27:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 12875246 | + | EDI: CAPITALONE.COM | Mar 26 2026 05:27:00 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 12875247 | + | EDI: CITICORP | Mar 26 2026 05:27:00 | Citi, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 12875248 | + | EDI: CITICORP | Mar 26 2026 05:27:00 | Citicards CBNA, 5800 S Corporate Place Mail Code 234, Sioux Falls, SD 57108-5027 |
| 12875249 | + | EDI: WFNNB.COM | Mar 26 2026 05:27:00 | ComenityCapital/Famous, PO Box 182120, Columbus, OH 43218-2120 |
| 12875250 | + | EDI: DISCOVER | Mar 26 2026 05:27:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 12875251 | ^ | MEBN | | |

| | | | | |
|---|---|---|---|---|
| | | | Mar 26 2026 01:54:16 | Guild Mortgage, PO Box 85046, San Diego, CA 92186-5046 |
| 12875252 | | Email/Text: intermountainhealthcare.bankruptcy@r1rcm.com | Mar 26 2026 01:57:00 | Intermountain Health Care, Patient Financial Services, PO Box 410400, Salt Lake City, UT 84141-0400 |
| 12875253 | ^ | MEBN | Mar 26 2026 01:55:23 | Intermountain Healthcare, Attn: Billing Dept, 36 South State St, Salt Lake City, UT 84111-1471 |
| 12875254 | | Email/Text: intermountainhealthcare.bankruptcy@r1rcm.com | Mar 26 2026 01:57:00 | Intermountain Healthcare, Patient Fin Services, PO Box 30193, Salt Lake City, UT 84130-0193 |
| 12875255 | | EDI: IRS.COM | Mar 26 2026 05:27:00 | Internal Revenue Service, Central Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 12875256 | | Email/Text: EBN@Mohela.com | Mar 26 2026 01:57:00 | Missouri Higher Education Loan, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 12875257 | | Email/Text: EBN@Mohela.com | Mar 26 2026 01:57:00 | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 12875258 | | Email/Text: bankruptcy@macu.com | Mar 26 2026 01:58:00 | Mountain America Credit Union, 660 S 200 E, Salt Lake City, UT 84111-3835 |
| 12875259 | | Email/Text: rcwilley.bankruptcy@rcwilley.com | Mar 26 2026 01:57:00 | RC Willey, 2301 S. 300 West, Salt Lake City, UT 84115 |
| 12875260 | | Email/Text: rcwilley.bankruptcy@rcwilley.com | Mar 26 2026 01:57:00 | RC Willey, Financial Services, PO Box 65320, Salt Lake City, UT 84165-0320 |
| 12875262 | + | EDI: SYNC | Mar 26 2026 05:27:00 | SNYCB/Vnmo, PO Box 71746, Philadelphia, PA 19176-1746 |
| 12875263 | + | EDI: SYNC | Mar 26 2026 05:27:00 | SYNCB/Amazon, PO Box71727, Philadelphia, PA 19176-1727 |
| 12875264 | + | EDI: SYNC | Mar 26 2026 05:27:00 | SYNCB/Amazon PLCC, PO Box 71737, Philadelphia, PA 19176-1737 |
| 12875265 | | EDI: SYNC | Mar 26 2026 05:27:00 | SYNCB/Dicks, PO Box 71727, Philadelphia, PA 19176-1727 |
| 12875267 | + | EDI: SYNC | Mar 26 2026 05:27:00 | SYNCB/PPMC, PO Box 71746, Philadelphia, PA 19176-1746 |
| 12875266 | | EDI: SYNC | Mar 26 2026 05:27:00 | SYNCB/PayPal, PO Box 71727, Philadelphia, PA 19176-1727 |
| 12875269 | + | EDI: SYNC | Mar 26 2026 05:27:00 | SYNCB/Sams Club DC, PO Box 71746, Philadelphia, PA 19176-1746 |
| 12875268 | | EDI: SYNC | Mar 26 2026 05:27:00 | SYNCB/Sams Club DC, PO Box 71727, Philadelphia, PA 19176-1727 |
| 12875270 | + | EDI: SYNC | Mar 26 2026 05:27:00 | SYNCB/Score Rewards, PO Box 71746, Philadelphia, PA 19176-1746 |
| 12875272 | | EDI: SYNC | Mar 26 2026 05:27:00 | SYNCB/Verizon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 12875273 | + | EDI: CITICORP | Mar 26 2026 05:27:00 | THD/CBNA, 5800 S Corporate Place, Sioux Falls, SD 57108-5027 |
| 12875274 | + | EDI: CITICORP | Mar 26 2026 05:27:00 | The Home Depot/Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 12875275 | + | EDI: UTAHTAXCOMM.COM | Mar 26 2026 05:27:00 | Utah State Tax Commission, Taxpayer Service Division, 210 North 1950 West, Salt Lake City, UT 84134-9000 |
| 12875279 | + | EDI: WFFC2 | Mar 26 2026 05:27:00 | WFBNA, PO Box 393, Minneapolis, MN 55480-0393 |
| 12875278 | | EDI: WFFC2 | | |

| | |
|---|---|
| Mar 26 2026 05:27:00 | Wells Fargo Consumer Group, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Philip G. Jones tr | trustee@theo7.com PJones2@ecf.axosfs.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |
| William P. Morrison | on behalf of Debtor Brittany M Ayala willmorrison01@gmail.com |

TOTAL: 3